**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 421 MAL 2018

            Respondent             :

                                       :    Petition for Allowance of Appeal from

               v.                     :    the Order of the Superior Court

CHRISTINA DAWN LEACH,             :

            Petitioner             :

## ORDER

**PER CURIAM**

     **AND NOW**, this 3rd day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.